Lidya Maria Radin
c/o 203 W. 107th Street, # 8A
New York, New York 10025
Mobile telephone: 516-445-4390; Email: radin.lidya2@gmail.com

*(Original for scanning & filing LR)*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
-----------------------------------------------------------X   Docket: 17-mj-4519

USA,

**NOTICE OF
INTERLOCUTORY APPEAL &
DEMAND FOR A STAY
PENDING APPEAL**

v.

RADIN
-----------------------------------------------------------X

Take Notice, Defendant hereby objects to Magistrate Bongiovanni's 4/11/2018 and 4/12/2018 Orders, and appeals them to the federal district court and demands a stay pending appeal, objections, and motion for reconsideration at the federal district level.

Dated: April 16, 2018

Signed: *Lidya Radin*

RCVD, USDC OF NJ
APR 16 '18 AM 8:35